

**EQUAL EMPLOYMENT**
**INTAKE** (

EEOC St. Louis District Office
Ph# 314-539-7800
Fax# 314-539-7510
1222 Spruce St, RM 8.100
St. Louis, MO 63103
EEOC File # 560-2017-02078

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

**1. Personal Information**

Last Name: Clark   First Name: Myldrine   MI: -
Street or Mailing Address: P O Box 134   Apt Or Unit #:
City: Alton   County: Madison   State: Il   ZIP: 62002
Phone Numbers: Home: ( )   Work: ( 618 ) 258-2198
Cell: ( 618 ) 791-8883   Email Address: bclark4sure@yahoo.com
Date of Birth: 12/14/64   Sex: Male ☐  Female ☒   Do You Have a Disability? ☐ Yes ☒ No
Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? USA

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Shanelle Davis   Relationship: Daughter
Address: 627 Wild Horse Creek Dr   City: Fairview Heights   State: Il   Zip Code: 62208
Home Phone: ( )   Other Phone: ( 618 ) 741-9043

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Olin Corporation
Address: 600 Powdermill Road   County: Madison
City: East Alton   State: Il   Zip: 62024   Phone: ( 618 ) 258-2000
Type of Business: Manufacturing   Job Location if different from Org. Address:
Human Resources Director or Owner Name: Ted Zimmerman - Vice President   Phone: (618) 258-3451
Number of Employees in the Organization at All Locations: Please Check (√) One
☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you can)   Are you a Federal Employee? ☐ Yes ☒ No
Date Hired: 2/1992   Job Title At Hire: B Operator
Pay Rate When Hired:   Last or Current Pay Rate: 5,600 monthly
Job Title at Time of Alleged Discrimination: Primer Foreman   Date Quit/Discharged:
Name and Title of Immediate Supervisor: Greg Scott, General Foreman

**EXHIBIT 1**

If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race   ☒ Sex   ☒ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: 2011- present   Action: See attached page

Name and Title of Person(s) Responsible: Steve Goldschmidt - Vice President: Mike Tinsley - Director: Kenny Pohlman - Manager

B) Date: _____   Action: _____

Name and Title of Person(s) Responsible: _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

I am one of the two African American females over the age of 40, Primer shift foremen. We each have been employed at Olin in the Primer Department more than 25 years and we each have been shift foremen more than 10 years. We help train the General Foreman. We already do most of the daily duties that the General Foreman does.

7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?

Before Kenny Pohlman was moved from Primer Department he appointed Robert Hartman (white male) as acting General Foreman (2/2017). When asked why Robert, Kenny did not respond. I asked Matt Wiggenhorn (white male, previous General Foreman in Primer) and Matt told me, it was because Kenny needed help with day-to-day work.

8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

3

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Dedria Cooley | African American Female over the age of 40 | Primer Foreman |

Description of Treatment  Never promoted to the General Foreman Position in Primer Department

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

Answer questions 9-12 **only** if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. **Please check all that apply:**
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).



11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
   Yes ☐   No ☐
   If "Yes," what medication, medical equipment or other assistance do you use?



12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
   Yes ☐   No ☐
   If "YES", when did you ask? _____ How did you ask (verbally or in writing)? _____

   Who did you ask? (Provide full name and job title of person)

   Describe the changes or assistance that you asked for:



   How did your employer respond to your request?

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Debbie Huff | Foreman | Oxford Mississippi (618) 656-3634 |

**What do you believe this person will tell us?**

The same thing I have said

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Juanita Manda | Primer Foreman | Godfrey, Il (618) 406-4414 |

**What do you believe this person will tell us?**

There has never been an African American female promoted to Primer General Foreman

**14. Have you filed a charge previously in this matter with EEOC or another agency?**   Yes ☐   No ☒

**15. If you have filed a complaint with another agency, provide name of agency and date of filing:**

**16. Have you sought help about this situation from a union, an attorney, or any other source?**   Yes ☒   No ☐
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Ethics Hotline (3/2017) Megan Rosenberg - Director, Compliance and Investigations   Results: We have completed a review of the situation. Our review identified improvement opportunities within the department. Findings were communicated to management 8/8/17
See Attached Paper

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

Box 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

Box 2   I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination ☒ information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Mildrine Clark_                                        9/21/2017
**Signature**                                           **Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Print Form