EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 560-2017-02078 |

Missouri Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Myldrine Clark | | 1964 |

Street Address: P. O. Box 134, Alton, IL 62002

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| OLIN CORPORATION | 500 or More | (618) 258-2000 |

Street Address: 600 Powder Mill Rd, East Alton, IL 62024

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/1992   Latest: 01/29/2018
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an African American Female over the age of forty who has participated in protected activities. I was hired as a B Operator in February 1992 and later became a Primer Foreman. I have been a Primer Foreman for over ten years. My current immediate supervisor is Greg Scott, General Foreman. ~~I have always had excellent in previous years~~ I had fully competent job performance.

1) I am one of only two African American Females over the age of forty who are Primer Foremen. Both of us have been Primer Foremen for over ~~ten~~ 8 ½ years and already do the general duties of General Foremen (without the pay).
2) We, in fact, are used to helping train new General Foremen.
3) However, Respondent has a policy and practice of failing to promote African Americans, Females and individuals over the age of forty into General Foreman and other positions.
4) Individuals, including myself, have been passed over numerous times for promotion and Caucasians, males and younger individuals have been given the promotions.
5) We have expressed interest in these promotions, but nothing gets done.
6) I complained about all of this officially and Human Resources responded that they agreed something looked wrong, but nothing has been done to rectify the situation yet.

This is discrimination and retaliation due to my participation in protected activity and my race, gender and age in violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act, both as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

2/5/2018   Myldrine Clark
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 2018 APR -2 AM 10:

**EXHIBIT 2**