EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

Missouri Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Myldrine Clark** | | **1964** |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| **P. O. Box 134, Alton, IL 62002** | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **OLIN CORPORATION** | **500 or More** | **(618) 258-2000** |
| Street Address: **600 Powder Mill Rd, East Alton, IL 62024** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **02-01-1992**    Latest: **05-23-2019**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Female who has participated in protected activities. I was hired as a B Operator in February 1992 and later became a Primer Foreman. I have been a Primer Foreman for over ten years. My current immediate supervisor is Greg Scott, General Foreman. In previous years I had fully competent job performance.

1) I filed a charge (560-2017-02078) alleging class discrimination with regard to promotions based on race, gender and age. Since the time of filing, nothing has been done, and, in fact, brazenly, Respondent has only promoted more males and no females;

2) I recently discovered that, in general, males are paid more than females who are performing substantially the same work;

6) I complained about all of this but nothing has been done to rectify the situation.

This is discrimination and retaliation due to my participation in protected activity and my gender and in violation of Title VII of the Civil Rights Act of 1964 and the Equal Pay Act, both as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/23/19    Charging Party Signature: *Myldrine Clark*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

**EXHIBIT 3**