# AFFIDAVIT OF SERVICE

| Case: 3 21 CV 01357 DWD | Court: SOUTHERN DISTRICT OF ILLINOIS | County: | Job: 6335812 |
|---|---|---|---|
| **Plaintiff / Petitioner:** MYLDRINE CLARK | | **Defendant / Respondent:** OLIN CORPORATION WINCHESTER | |
| **Received by:** Nationwide Investigations | | **For:** Dobson, Berns & Rich, LLP | |
| **To be served upon:** OLIN CORPORATION WINCHESTER C/O C T CORPORATION SYSTEMS | | | |

I, Kyle Clutter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Derek Hackett , Company: 208 S LA SALLE STREET SUITE 814, CHICAGO, IL 60604
**Manner of Service:** Authorized, Nov 10, 2021, 11:11 am CST
**Documents:** Summons-0002.PDF (Received Nov 8, 2021 at 10:16pm CST), Summons-0002 (1).PDF (Received Nov 8, 2021 at 10:16pm CST), File-stampedcopyofComplaintwithExhibits.PDF (Received Nov 8, 2021 at 10:16pm CST)

**Additional Comments:**
1) Successful Attempt: Nov 10, 2021, 11:11 am CST at Company: 208 S LA SALLE STREET SUITE 814, CHICAGO, IL 60604 received by Derek Hackett . Relationship: Document Specialist ;

_____  11/10/2021
Kyle Clutter                        Date
115-002370

Nationwide Investigations
333 S Wabash Ave Suite 2700
Chicago, IL 60604
312-361-3598