# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MYLDRINE CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cv-1357-DWD |
| ) | |
| OLIN WINCHESTER, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 30, 2024 (Doc. 86) this action is **DISMISSED with prejudice** with each party to bear its own fees and costs as to the discrimination claims contained in Counts I and II.

Pursuant to the Order entered on March 20, 2024 (Doc. 75), summary judgment was granted as to the retaliation claims contained in Counts I and II, as well as summary judgment was granted as to Count III in its entirety.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED:  September 30, 2024**

                                            **MONICA A. STUMP, Clerk of Court**

                                            *s/ Dana M. Winkeler*
                                            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**